IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SOLOMON LaDANIEL        )
HENDERSON,              )
                        )
    Plaintiff,          )
                        )   CIVIL ACTION NO.
    v.                  )    3:20cv310-MHT
                        )        (WO)
SHERIFF ANDRE BRUNSON,  )
et al.,                 )
                        )
    Defendants.         )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at a jail in Tuskegee, Alabama, filed this lawsuit complaining that, while in jail, he has been assaulted, denied medical treatment, and given insufficient time outdoors.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to file an amended complaint as ordered by the court.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of July, 2020.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE